No. 738. DENNY ET UX. v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Michael J. Kaine, Jr. and Warren E. Miller for petitioners. Solicitor General Perlman, Assistant Attorney General Morison, Paul A. Sweeney and Morton Hollander for the United States.

No. 745. RICHMOND SCREW ANCHOR CO., INC. v. UMBACH ET AL. C. A. 7th Cir. Certiorari denied. Victor E. LaRue and Eugene A. Tappy for petitioner. Fred Gerlach for respondents.

No. 764. GULF OIL CORP. v. THE JOHN A. BROWN. C. A. 2d Cir. Certiorari denied. Chauncey I. Clark for petitioner. Paul Speer for respondent.

No. 807. DANIELLY v. CALIFORNIA ET AL. Supreme Court of California. Certiorari denied. Ernest Spagnoli for petitioner.

No. 696. ALLEN v. LITSINGER ET AL. Supreme Court of Appeals of Virginia. Certiorari denied. Charles Orlando Pratt and John Alvin Croghan for petitioner. R. O. Norris and Gordon Lewis for respondents.

